UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD GONSALVES,

              Plaintiff,

      -against-

BROOKLYN DETENTION COMPLEX,

              Defendant.
------------------------------------------------------------X

**JUDGMENT**
15-CV-5750 (RRM)

ROSLYNN R. MAUSKOPF, United States District Judge.

Pursuant to the Memorandum and Order issued this date dismissing the complaint for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A; it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

Dated: Brooklyn, New York
       April 13, 2016